No. 14–0137/AR. U.S. v. Daniella M. Howard. CCA 20120844. Appellant's motions to attach exhibits and to file the supplement to the petition for grant of review out of time are granted. Appellant's third motion to extend time to file the supplement to the petition for grant of review is denied as moot.

No. 14–0434/NA. U.S. v. Johnny R. Richards. CCA 201300332. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 19, 2014.

No. 14–0436/MC. U.S. v. Daniel L. Dougherty. CCA 201300060. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 19, 2014.

No. 14–0438/MC. U.S. v. Richard G. Hand. CCA 201300064. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 20, 2014.